IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
5TH DIVISION

JASON WEST                                                               PLAINTIFF

FILED 01/21/11 10:41:59
vs.                 60CV2011 0305   Larry Crane Pulaski Circuit Clerk

E-Z MART STORES, INC.                                   DEFENDANT

## COMPLAINT

Comes now the plaintiff, Jason West, by and through his attorneys, James F. Swindoll and the Law Offices of James F. Swindoll, and for his cause of action against the defendant, E-Z Mart Stores, Inc., alleges and states as follows:

1. That at all times relevant hereto, Jason West was a resident of Pulaski County, Arkansas and that the acts complained of herein occurred in Pulaski County, Arkansas.

2. That the defendant, E-Z Mart Stores, Inc., [hereinafter "E-Z Mart"] is a foreign for profit corporation organized and existing under the laws of a State other than Arkansas. E-Z Mart has been and is currently doing business in Pulaski County, Arkansas and maintains a store in Pulaski County where the incident complained of herein occurred.

3. In accordance with the above, jurisdiction and venue in this Court are proper.

4. E-Z Mart is a gas station and store which invites customers onto its lot and into its store and as such owes a duty of ordinary care to its customers.



DEFENDANT'S EXHIBIT A

5.  That on February 27, 2010, Jason West was a customer on the lot and was getting gas for his vehicle. As Mr. West opened his door to exit, he stepped on an exposed bolt that had been left protruding on the lot of E-Z Mart by the gas pumps.

6.  That as plaintiff stepped on the bolt, he felt an immediate pain and he fell to the ground injuring his foot and leg as hereinafter alleged.

7.  That the owner/employee(s) in allowing the bolt to remain as a hazard to the customers was negligent and such negligence was a proximate cause of plaintiff's injuries. Such negligence includes, but is not limited to:

   a.  placing and maintaining a hazard in the path of a customer;

   b.  failing to warn the customer under the circumstances;

   c.  failing to keep the premises clear of hazards for its pedestrian customers; and

   d.  otherwise failing to exercise ordinary care.

8.  That as a direct result of the negligence as aforesaid, the plaintiff has suffered a severe injury to his foot and has suffered damages as follows:

   a.  medical expenses in the past and reasonably certain to be experienced in the future;

   b.  pain and suffering in the past and reasonably certain to be experienced in the future;

   c.  disability, scars and disfigurement in the past and reasonably certain to be experienced in the future; and,

   d.  loss of ability to earn in the future.

9. That as a result of the aforesaid injuries and damages, plaintiff has been damaged in a sum in excess of the minimum federal jurisdictional limits which at this time are Seventy Five Thousand Dollars, ($75,000.00) exclusive of interest and cost.

10. Plaintiff requests a trial by jury.

WHEREFORE, the plaintiff, Jason West, prays that he have judgment of and against the defendant, E-Z Mart, for a sum in excess of the minimum federal jurisdictional limit; for his costs herein expended and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

James F. Swindoll, ABN 77131
Law Offices of James F. Swindoll
212 Center Street, Suite 300
Little Rock, Arkansas 72201
(501) 374-1290
(501) 374-3857 FAX