# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JASON WEST

vs. NO. 4:11CV00072 SWW

E-Z MART STORES, INC.

### ORDER

On April 15, 2011, the Court directed plaintiff to inform the Court no later than May 16, 2011, as to the name and address of his new attorney or whether he intends to pursue this matter *pro se*. The plaintiff has not so informed the Court and no attorney has entered an appearance for plaintiff. Therefore, the Court assumes plaintiff is proceeding *pro se*.

The purpose of this Order is to direct plaintiff's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply <u>can</u> result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the U.S. District Court Clerk for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 12th day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE