IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JASON WEST, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:11CV00072 SWW |
| | * |
| E-Z MART STORES, INC., | * |
| | * |
| Defendant. | * |
| | * |

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, plaintiff's complaint is dismissed without prejudice.

DATED this 7th day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE