IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JASON WEST, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00072 SWW |
| | * | |
| E-Z MART STORES, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, plaintiff's complaint is dismissed without prejudice.

DATED this 7th day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE